FILED
CLERK, U.S. DISTRICT COURT
APR 15 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| JOHN H. RAMSEY,<br><br>　　　　　Petitioner,<br>　v.<br>ROBERT A. HOREL, Warden,<br><br>　　　　　Respondent. | ) SA CV 07-1341-ABC (SH)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

　　　Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 4/15/08

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE

1